ALBERT MORRIS *v.* CITY OF STAMFORD

It appearing that the parties in the above-entitled case have failed to pursue the appeal from the Court of Common Pleas in Fairfield County at Stamford, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided May 6, 1975

MILDRED WHITNEY *v.* JOHN O'BRIEN

It appearing that the parties in the above-entitled case have failed to pursue the appeal from the Court of Common Pleas in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided May 6, 1975

BRUCE BACON ET AL. *v.* A. DiTULLIO & SONS, INC.

It appearing that the parties in the above-entitled case have failed to prosecute their appeals from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeals be and hereby are dismissed.

No appearance for either party.

Decided May 6, 1975